IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

_____
                                    )
**MARIO HUMBERTO**                  )
**BARRERA FUENTES**                 )
                                    )
    **Plaintiff,**          )
                                    )
v.                                  ) Case No. 14-2155 JDB
                                    )
**J.C. ENTERPRISES, INC.**          )
**(d/b/a HUNAN DYNASTY)**           )
                                    )
    **Defendant.**          )
_____)

## ORDER

Upon consideration of the Joint Motion for Approval of Settlement, it is this _____ day of _____, 2015 by the United States District Court for the District of Columbia ORDERED that the Joint Motion for Approval of Settlement be and hereby is GRANTED.

                                               _____
                                               Judge John D. Bates,
                                               United States District Court
                                               for the District of Columbia