**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARIO HUMBERTO BARRERA FUENTES,**<br><br>Plaintiff,<br><br>v.<br><br>**J.C. ENTERPRISES, INC. (d/b/a HUNAN DYNASTY),**<br><br>Defendant. | Civil Action No. 14-2155 (JDB) |

### ORDER

Pending before the Court is [9] the parties' joint motion for settlement. Although "no binding caselaw in this Circuit requires a district court to assess proposed FLSA settlements <u>ex ante</u>[,] . . . since the parties in this matter have mutually sought judicial approval of their proposed settlement, the Court will review the settlement's FLSA related terms." <u>Carrillo v. Dandan Inc.</u>, No. 13-671, 2014 WL 2890309, at * 5 (D.D.C. 2014). Having reviewed the totality of the circumstances, the Court finds that the settlement is fair and reasonable. <u>See id.</u> at *6. Hence, upon consideration of the settlement agreement reviewed in camera, the applicable law, and the entire record herein, it is hereby

**ORDERED** that [9] the parties' joint motion for settlement is **GRANTED**; it is further

**ORDERED** that the settlement agreement and release submitted by the parties is **APPROVED**; and it is further

**ORDERED** that this action is **DISMISSED** with prejudice.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: February 12, 2015